UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>CANG Q HUYNH<br>AKA DANIEL HUYNH<br>AKA CANG HUYNH<br>AKA CANG QUI HUYNH<br><br>DEBTOR(S). | CASE NO: 18-45693-cec<br><br>NOTICE OF<br>APPEARANCE<br>IN BANKRUPTCY<br>ACTION |

**PLEASE TAKE NOTICE,** that Secured Creditor Carrington Mortgage Services, LLC as servicing agent for Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005-3, hereby appears in the above entitled action with respect to the property located at 12 Landview Drive, Dix Hills, NY 11746, identified by loan no. ending in 4358, and that the undersigned have been retained as attorneys for said Secured Creditor in the within proceeding.

Please send copies of all Notices and of all papers in the case to the undersigned. Further please add our firm to the mailing matrix.

DATED: October 11, 2018

/s/Aleksandra K. Fugate
Aleksandra K. Fugate, Esq.
WOODS, OVIATT, GILMAN LLP
*Attorneys for Secured Creditor*
700 Crossroads Building, Two State Street
Rochester, New York 14614
Telephone: 855-227-5072

TO:

Brian McCaffrey
Brian McCaffrey, P.C.
88-18 Sutphin Blvd, 1st Floor
Jamaica, NY 11435

Cang Q Huynh
89-16 Moline Street
Queens Village, NY 11427

Michael J. Macco
2950 Express Drive South
Suite 109
Islandia, NY 11749

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014