# MICHAEL J. MACCO

U.S. Standing Bankruptcy Trustee
2950 Express Drive South
Suite 109
Islandia, New York 11749
http://macco.lawoffice.com

_____

Peter Corey

Telephone (631) 549-7908
Facsimile  (631) 549-7845

November 26, 2018

United States Bankruptcy Court
271 Cadman Plaza East
Brooklyn, NY 11201

**RE:     Huynh 18-45693**

Dear Sir/Madam:

    Please be advised the 341 Meeting of Creditors has been <u>rescheduled</u>.  The new date is Wednesday, December 19, 2018 at 10:00 a.m.

    Please be guided accordingly.

    Sincerely,

    */s/ **Saniyyah S. Greene***
    Saniyyah S. Greene
    Paralegal

cc:  Brian McCaffrey
     88-18 Sutphin Boulevard, 1st Floor
     Jamaica, NY 11435